

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2018

No. 04-18-00326-CR

Kevin Deshon **FOSTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR6383
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

Appellant's brief is due on October 31, 2018. Before the due date, Appellant filed a first motion for a ninety-day extension of time to file the brief.

Appellant's motion is GRANTED IN PART. Appellant's brief is due on December 31, 2018.

**We caution Appellant that any further request for an extension of time to file the brief will be strongly disfavored.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2018.

_____
Keith E. Hottle
Clerk of Court